IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RITO CHAVEZ; RAQUEL CHAVEZ; DANNY CHAVEZ; SILVIA CALADO; ELLIE SALGADO; and Does 1 TO 6, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 11-5129 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE DEFENDANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND THE MOTION TO REMAND |

　　　The Court has reviewed Magistrate Judge Grewal's Report and Recommendation Re Defendant Salgado's Application to Proceed in Forma Pauperis and the Motion to Remand. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　IT IS HEREBY ORDERED Defendant Salgado's Application to Proceed in Forma Pauperis is DENIED, and the Motion to Remand is GRANTED. This case is remanded to the Santa Cruz County Superior Court.

Dated: 12/23/2011

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge

cc: PSG